WIZMUR & FINBERG, LLP.
Andrew B. Finberg, Esq.
Evesham Commons, Suite 200
525 Route 73 South
Marlton, NJ 08053
(856) 988-9055
Attorney for Debtor

|  |  |
|---|---|
| **IN RE:** | **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| **JAMES THOMPSON and DONNA THOMPSON** | **IN PROCEEDINGS UNDER CHAPTER 13** |
|  | CASE NO. 12-17436/GMB |
| **DEBTOR** | **NOTICE OF MOTION TO EXPUNGE PROOF OF CLAIM OF PSE&G AND TO RETRIEVE UNCLAIMED FUNDS DEPOSITED WITH THE CLERK OF THE COURT PURSUANT TO 11 USC §347(a)** |
|  | **Return Date: 3/19/2013 Time: 10:00AM ORAL ARGUMENT REQUESTED** |

TO:    Isabel C. Balboa, Chapter 13 Trustee          James Thompson
       Via CM/ECF                                    45 Sweetfern Ct.
                                                     Marlton, NJ 08053

       PSE&G
       Attn: Bankruptcy Dept                         Donna Thompson
       PO Box 490                                    17 Boswell Rd.
       Cranford, NJ 07016                            Marlton, NJ 08053

**PLEASE TAKE NOTICE** that the undersigned attorney for the debtors shall move before the Honorable Gloria M. Burns, United States Bankruptcy Judge, 401 Market Street, Camden, New Jersey on the  19th  day of  March , 2013 at  10:00  AM or as soon thereafter as Counsel may be heard, for the entry of an Order Expunging the Proof of Claim of Public Service Electric & Gas Co. and to Retrieve Unclaimed Funds Deposited with the Clerk of the Court.

Movant shall rely on the annexed Certifications in support of the requested Order.

The within Motion requests to Expunge the Proof of Claim of Public Service Electric & Gas Co. and to Retrieve Unclaimed Funds Deposited with the Clerk of the Court.

As the facts and/or law the Debtors rely upon, as set forth in the accompanying Motion, and the basis for said Motion, do not present complicated or unique questions, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

                WIZMUR & FINBERG, LLP
                Attorney for Debtors


Dated: February 14, 2013        /s/ Andrew B. Finberg
                ANDREW B. FINBERG, ESQ.